# Court of Appeals
# of the State of Georgia

ATLANTA, __December 21, 2017__

*The Court of Appeals hereby passes the following order:*

**A18I0044.  CHIP LAKE et al. v. SILVER COMET TERMINAL PARTNERS, LLC et al.**

**A18I0045.  RTA STRATEGY LLC et al. SILVER COMET TERMINAL PARTNERS, LLC.**

In these applications for interlocutory appeal, the applicants seek review of the trial court's September 21, 2017 discovery order.  We dismissed the applications because the applicants did not include certificates of immediate review.  The applicants have now filed a motion for reconsideration and have raised a persuasive argument that the trial court's order is subject to direct appeal.  Accordingly, we hereby GRANT their motions for reconsideration. Our previous order dismissing these applications is VACATED, and the applications are REINSTATED.

Pursuant to *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004), we will grant an application for interlocutory review if the challenged order is subject to direct appeal.  Accordingly, the applications are hereby GRANTED.  The applicants shall have ten days from the date of this order to file a notice of appeal in the trial court, if they have not already done so.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/21/2017_____*

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*